IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**98-7164 CIV-FERGUSON**

**MAGISTRATE JUDGE SNOW**

ELAN CORPORATION, PLC, )
)
    Plaintiff, )
) Case No.:
v. )
)
ANDRX PHARMACEUTICALS, INC. )
)
    Defendant. )

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Elan Corporation, PLC ("Elan"), by its undersigned counsel, brings this action for patent infringement against Defendant Andrx Pharmaceuticals, Inc. ("Andrx"). This action relates to a patent covering a pharmaceutical formulation having an active ingredient known by the generic name naproxen. Plaintiff Elan alleges the following:

1.     Plaintiff Elan is an Irish corporation having its corporate offices and principal place of business at Lincoln House, Lincoln Place, Dublin 2, Ireland. Plaintiff Elan is engaged in the business of researching, developing, manufacturing and selling pharmaceutical products throughout the world.

- 1 -

2.     Upon information and belief, Defendant Andrx is a Florida corporation having its corporate offices and principal place of business at 4001 S.W. 47th Avenue, Ft. Lauderdale, Florida, 33314.

3.     This patent infringement action arises under 35 U.S.C. §§ 271(e) and 281-283. Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331, 1338(a). Venue is proper under 28 U.S.C. § 1391(c) and 1400(b).

## COUNT FOR PATENT INFRINGEMENT

4.     United States Letters Patent No. 5,637,320 ("the '320 patent"), entitled "Controlled Absorption Naproxen Formulation for Once-Daily Administration," was duly and legally issued by the United States Patent and Trademark Office on June 10, 1997, and expires on June 10, 2014. A copy of the '320 patent is attached hereto as Exhibit A.

5.     Plaintiff Elan is the owner of the '320 patent.

6.     The '320 patent claims a formulation for once-daily oral administration containing naproxen or a pharmaceutically acceptable salt of naproxen, such as naproxen sodium. Plaintiff Elan manufactures and sells such a once-daily naproxen formulation, which is marketed in the United States under the name Naprelan®.

7.     Upon information and belief, Defendant Andrx filed with the United States Food and Drug Administration ("FDA") an Abbreviated New Drug Application ("ANDA") under 21

U.S.C. § 355(j) to obtain approval for Defendant Andrx to commercially manufacture, use and sell alleged generic equivalents of Naprelan®. Defendant Andrx seeks FDA approval to market its naproxen sodium controlled release tablets before the expiration date of the '320 patent. The FDA assigned Andrx's ANDA the number 75-416.

8. Upon information and belief, Defendant Andrx also filed with the FDA, pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), a certification alleging that none of the claims of the '320 patent will be infringed by the manufacture, use or sale of Andrx's naproxen sodium controlled release tablets.

9. On or about September 10, 1998, Plaintiff Elan received from Defendant Andrx a letter purporting to be a Notice of Certification under 21 C.F.R. § 314.95, informing Plaintiff Elan of Defendant Andrx's ANDA submission and corresponding certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV). A copy of this Notice is attached hereto as Exhibit B.

10. Under 35 U.S.C. § 271(e)(2)(A), Defendant Andrx's submission to the FDA of an ANDA to obtain approval for the commercial manufacture, use or sale of its naproxen sodium controlled release tablets before the expiration of the '320 patent was an act of infringement of the '320 patent.

- 4 -

## **RELIEF**

WHEREFORE, Plaintiff Elan demands judgment as follows:

(a) finding that Defendant Andrx's naproxen sodium controlled release tablets for which it seeks FDA approval will infringe at least claim 1 of the '320 patent;

(b) ordering pursuant to 35 U.S.C. § 271(e)(4)(A) that the effective date of any approval by the FDA of Defendant Andrx's naproxen sodium controlled release tablets be a date not earlier than the date of the expiration of the '320 patent on June 10, 2014;

(c) granting injunctive relief pursuant to 35 U.S.C. § 271(e)(4)(B) against Defendant Andrx, prohibiting the commercial manufacture, use or sale of its naproxen sodium controlled release tablets until the expiration of the '320 patent on June 10, 2014;

(d) awarding Plaintiff Elan attorney's fees pursuant to 35 U.S.C. § 285, costs of suit, and any further and additional relief as this Court deems just and proper.

Dated: October 23, 1998

Respectfully submitted,

**KLUGER, PERETZ, KAPLAN & BERLIN, P.A.**
201 South Biscayne Boulevard
Suite 1700 - Miami Center
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile:   (305)379-3428

BY: _____
**STEVEN I. PERETZ, ESQ.**
Florida Bar No. 329037
**TERRI MEYERS, ESQ.**
Florida Bar No. 881279


**ROBERT D. BAJEFSKY**
**JAMES B. MONROE**
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, L.L.P.**
1300 I Street, N.W., Suite 700
Washington, D.C.  20005-3315
(202) 408-4000
(202) 408-4400

**ATTORNEYS FOR PLAINTIFF**
**ELAN CORPORATION, PLC**

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Elan Corporation, PLC

**DEFENDANTS**
Andrx Pharmaceuticals, Inc.

**98-7164 CIV-FERGUSON**
FL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

A/Broward/98-7164/WD7/LSS

ATTORNEYS (IF KNOWN) **MAGISTRATE JUDGE SNOW**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
35 USC §§ 271(e), 281-283. This an action by plaintiff against defendant for patent infringement.

IVa. 5 days estimated (for both sides) to try entire case.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

[Nature of suit checkboxes — none marked clearly]

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ Injunctive relief
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 10/23/98
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY: Receipt No. 54859  Amount: $150.00
Date Paid: 10-23-98  M/ifp: _____

UNITED STATES DISTRICT COURT
S/F I-2