UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELAN CORPORATION, PLC.

                Plaintiff        98-7164 CIV-JORDAN

v.                         Magistrate Judge BANDSTRA

ANDRX PHARMACEUTICALS, INC.
                Defendant
_____/

### AGREED ORDER ON MOTION FOR ENLARGEMENT OF TIME

This matter having come before the Court upon the parties' Agreed Motion for Enlargement of Time and the Court having reviewed this matter, it is hereby

ORDERED and ADJUDGED that the Agreed Motion for Enlargement of Time be and the same is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendants have through and including Monday, March 6, 2000 to respond to Plaintiff's Motion for Leave to Amend Its Complaint to Add a Willful Infringement Claim and Elan's Motion to Compel Andrx to Produce Documents and Testimony Pertaining to Andrx's Willful Infringement.

DONE and ORDERED at Miami, Florida, this 8th day of March, 2000.

                                                Adalberto Jordan
                                                United States ~~District~~ Judge
                                                Mag.

Copies furnished to:

    Gerald J. Houlihan
    Steven I. Peretz, Esq.
    Robert D. Bajefsky, Esq,
    James V. Costigan, Esq.