

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 98-7164-CIV-JORDAN

ELAN CORPORATION, PLC          )
       Plaintiff                        )
                                )
vs.                             )
                                )
ANDRX PHARMACEUTICALS, INC.    )
       Defendant                        )
_____ )

### ORDER ON PENDING MOTIONS

Elan Corporation's unopposed motion to amend its complaint [D.E. 61] is GRANTED. Elan's motion for leave to supplement its reply [D.E. 76] is GRANTED. Elan's motion for leave to serve a surreply on its motion to extend the time for serving a rebuttal report [D.E. 127] is DENIED.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of July, 2000.

                                           Adalberto Jordan
                                           United States District Judge

Copies to:   Martin P. Endres, Esq. (fax: 212-302-8998)
              Terri Meyers, Esq. (fax: 305-379-3428)
              Gerald J. Houlihan, Esq. (fax: 305-460-4099)
              James B. Monroe, Esq. (fax: 202-408-4400)